**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Cadrin**, | |
|    Plaintiff, | |
| V. | CIVIL ACTION |
| **Monterey Financial Services, Inc.**, | NO. **12-40112-TSH** |
|    Defendant, | |

### JUDGMENT

**HILLMAN, D. J.**

In accordance with the Court's Order dated __8/19/13__ granting defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the __Defendant__

                                                                    By the Court,

__8/22/13__                                                         __/s/ Martin Castles__
Date                                                                Deputy Clerk